# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Larry L. Groehler | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV-13-02465-PHX-NVW |
| v. | ) | |
| | ) | |
| Calvary Portfolio Services, LLC, a | ) | |
| Delaware limited liability company; | ) | |
| Calvary SPV I, LLC, a Delaware limited | ) | |
| liability company; Ewing & Ewing | ) | |
| Attorneys, PC, an Arizona professional | ) | |
| corporation; Nelson Ewing, II; Tufik Y. | ) | |
| Shayeb, | ) | |
| | ) | |
| Defendant(s). | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 16, 2014, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim upon which relief can be granted.

BRIAN D. KARTH
District Court Executive/Clerk

April 16, 2014

s/ A. Smith

By: A. Smith, Deputy Clerk